STATE OF MISSOURI     )
                      ) SS.
COUNTY OF BUTLER      )

IN THE CIRCUIT COURT OF THE COUNTY OF BUTLER
STATE OF MISSOURI

DAVID L. CRABTREE,                      )
                                        )
       Petitioner,                      )
                                        )
vs.                                     ) CASE NO. 20BT-CV0_____
                                        )
POPLAR BLUFF REGIONAL MEDICAL           ) CIVIL DIVISION
CENTER, LLC d/b/a POPLAR BLUFF          )
REGIONAL MEDICAL CENTER,                )
  Serve:  CSC-Lawyers Incorporating      )
        Service Company                 )
        221 Bolivar Street              )
        Jefferson City, Missouri 65101  )
                                        )
       Respondent.                     )

## PETITION FOR EMPLOYMENT DISCRIMINATION

**COMES NOW** Petitioner, David Crabtree, by and through his attorney, Kyle L. Warren, of the law firm, Edmundson, Innes & Warren, LLC, and for his Petition for Employment Discrimination, pursuant to §213.111, R.S.Mo., states and alleges to the Court as follows:

1. The employment practices alleged to be unlawful were committed within Butler County, Missouri.

2. Petitioner is and was at all times relevant to this Petition a resident of Butler County, Missouri

3. Petitioner is and was at all times relevant to this Petition over the age of forty (40) years old and less than the age of seventy (70) years old.

4. At all relevant times, Respondent, Poplar Bluff Regional Medical Center ("PBRMC"), has been doing business in the State of Missouri and the County of Butler, and has

**Exhibit A**

Electronically Filed - Butler - September 17, 2020 - 01:06 PM

continuously had at least six (6) employees.

5. At all relevant times, Respondent has continuously been an employer engaged in an industry affecting commerce within the meaning of §213.010(8), R.S.Mo. and Sections 11(b), (g), and (h) of the Age Discrimination in Employment Act of 1967 "ADEA" as amended, codified at 29 U.S.C. §§ 630(b), (g), and (h).

6. The Petitioner began work for Respondent and its predecessors in 1987, and continued to work for Respondent until January 10, 2019.

7. That Respondent, by and through its agents, engaged in discriminatory behavior against Petitioner due to Petitioner's age by giving preferential treatment to employees younger than Petitioner.

8. That Respondent, by and through its agents, terminated Petitioner's employment with Respondent.

9. The effect of practices complained of above have been to deprive Petitioner of equal employment opportunities and otherwise adversely affect Petitioner because of his age.

10. That Petitioner was issued a Notice of Right to sue on or about August 28, 2020, by the U.S. Equal Employment Opportunity Commission, a copy of said Notice is attached hereto as Exhibit "A".

11. The unlawful employment practices complained of in paragraphs above were willful within the meaning of Section 7(b) of the ADEA, codified at 29 U.S.C § 626(b).

12. That as a result of Respondent's actions, Petitioner has been damaged by the loss of wages.

**WHEREFORE,** Petitioner, David L. Crabtree, prays for a Judgment against Respondent in an amount to be proven at trial; against Respondent for Petitioner's attorney's fees and court

costs; and for any and all such further just and proper relief in the premises.

Respectfully Submitted,

EDMUNDSON, INNES, & WARREN, LLC.
Attorneys at Law

By: _____/s/Kyle L. Warren_____
Kyle L. Warren - #57654
201 N. Main St., Suite A
Poplar Bluff, Missouri 63901
Telephone: 573-785-0127
Fax: 573-785-0227
kyle@edmundsonlawfirm.com
ATTORNEYS FOR PETITIONER.

Electronically Filed - Butler - September 17, 2020 - 01:06 PM

STATE OF MISSOURI   )
                    ) ss.
COUNTY OF BUTLER    )

I, David Crabtree, of lawful age, being duly sworn, on my oath, state that I am the Plaintiff named above; that the facts stated therein are true and correct according to the best knowledge and belief of Plaintiff.

*/s/ David Crabtree*

Subscribed and sworn to before me this 17th day of September, 2020.

*/s/ Roberta J. Carter*

MY COMMISSION EXPIRES: _____

ROBERTA J. CARTER
Notary Public - Notary Seal
Butler County - State of Missouri
Commission Number 14406828
My Commission Expires Jun 20, 2022



PETITIONER'S EXHIBIT A

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To: **David Crabtree**
**13525 Hwy 60 West**
**Poplar Bluff, MO 63901**

From: **St. Louis District Office**
**1222 Spruce Street**
**Room 8.100**
**Saint Louis, MO 63103**

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 560-2019-01607 | Jeffrey S. Jones, Investigator | (314) 539-7935 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

On behalf of the Commission

James M. Gall
Digitally signed by James M. Gall
DN: cn=James M. Gall, o=Equal Employment Opportunity Commission, ou, email=james.gall@eeoc.gov, c=US
Date: 2020.08.28 12:41:29 -05'00'

Lloyd J. Vasquez, Jr.,
**District Director**

AUG 28 2020

*(Date Mailed)*

Enclosures(s)

cc: **Rhea E. Garrett, II, VP & Sr. Counsel**
**Poplar Bluff Regional Medical Center, LLC**
**c/o CSC-Lawyers Incorporating Service Company**
**221 Bolivar Street**
**Jefferson City, MO 65101**

**Kyle L. Warren**
**EDMUNDSON, INNES & WARREN, LLC**
**901 N. Main St.**
**Suite A**
**Poplar Bluff, MO 63901**

Enclosure with EEOC
Form 161 (11/16)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | Perfected<br>560-2019-01607 |

Missouri Commission On Human Rights and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. David Crabtree | (573) 429-1844 | 1950 |

Street Address: 13525 Hwy 60 West, Poplar Bluff, MO 63901

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| POPLAR BLUFF REGIONAL MEDICAL CENTER | 500 or More | (573) 686-2000 |

Street Address: 3100 Oak Grove Road, Poplar Bluff, MO 63901

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [X] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 01-10-2019   Latest: 01-10-2019
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was employed by the above-named Respondent from about July 5, 1987 until I was terminated on or about January 4, 2019. My most recent position was Director of Lab Services and my most recent supervisor was Chris Jones.

On or about January 4, 2019, I was in a conversation with a disgruntled employee, Terry West, where I informed him that he was going to have to stop his complaining because no one wanted to hear his complaints. Additionally, I informed him that he was only going to be able to work in Micro on weekends and on Carol's day off. Terry told Chris about our conversation and Chris suspended me and then terminated me saying that I was creating a hostile work environment for the employees in the Lab. I believe they wanted to fire me because of my age and hire someone else to do my job where they could pay them less money to do it.

I believe that I have been discriminated against based on my age in that I was suspended and then subsequently discharged in violation of my civil rights under The Age Discrimination in Employment Act (ADEA).

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

X 6/17/2019   X David C. [signature]
Date            Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.



# IN THE 36TH JUDICIAL CIRCUIT, BUTLER COUNTY, MISSOURI

| Judge or Division:<br>MICHAEL MARTIN PRITCHETT | Case Number: 20BT-CV02099 |
|---|---|
| Plaintiff/Petitioner:<br>DAVID LEE CRABTREE<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>KYLE L WARREN<br>201A NORTH MAIN STREET<br>POPLAR BLUFF, MO  63901 |
| Defendant/Respondent:<br>POPLAR BLUFF REGIONAL MEDICAL CENTER LLC | Court Address:<br>100 NORTH MAIN ST<br>POPLAR BLUFF, MO  63901 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: POPLAR BLUFF REGIONAL MEDICAL CENTER LLC
Alias:

SERVE:
CSC-LAWYERS INCORPORATING SERVICE COMPANY
221 BOLIVAR STREET
JEFFERSON CITY, MO 65101

**COURT SEAL OF BUTLER COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

9/18/2020 _____ Kathy L. Mendez _____
Date                                           Clerk

Further Information:

### Sheriff's or Server's Return
Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                _____
Printed Name of Sheriff or Server     Signature of Sheriff or Server
Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____   _____
                         Date              Notary Public

| | | |
|---|---|---|
| **Sheriff's Fees, if applicable** | | |
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary Supplemental Surcharge | $____10.00____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.